ESTHER RODVIEN, Personally and as Administratrix, etc., Respondent, v. ISSER EINHORN, Appellant.— Order modified by limiting the examination to the matters material and necessary to establish plaintiff's right to the cancellation and annulment of the agreements and to an accounting; and as

so modified, affirmed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.